# Court of Appeals
# of the State of Georgia

ATLANTA, September 09, 2015

*The Court of Appeals hereby passes the following order*

## A15D0542. MARKETTA ALEXANDER v. FEDERAL HOME LOAN MORTGAGE CORPORATION.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

14A53446



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, September 09, 2015.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*, *Clerk.*